

# NUMBER 13-18-00684-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF R. D. P. AND G. P., MINOR CHILDREN

On appeal from the 36th District Court
of San Patricio County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Perkes**

Appellant, Roman Saldivar Pena, filed an appeal from a judgment entered by the 36th District Court of San Patricio County, Texas, in cause number S-18-5494FL-B. This cause is before the Court on appellant's motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby

DISMISSED.  Costs will be taxed against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

                                                    GREGORY T. PERKES
                                                    Justice

Delivered and filed the
7th day of March, 2019.

2